# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILL DAVIS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    vs.<br><br>**NATIONSTAR MORTGAGE LLC,**<br><br>Defendant. | ) Case No. 3:15-cv-02920-RS<br>)<br>) **CLASS ACTION**<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS HEREBY ORDERED that the Stipulation to Continue Mediation Deadline from March 22, 2016, to May 23, 2016, is hereby granted.  The deadline for mediation is now May 23, 2016.


Dated this <u>16th</u>day of March, 2016


_____
The Honorable Richard Seeborg