UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL DAVIS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No. 3:15-cv-02920-RS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION FOR 30 DAYS AND MOVING CLASS CERTIFICATION HEARING DATE,<br><br>[Hon. Richard Seeborg] |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. The deadline by which Plaintiff's Motion for Class Certification needs to be heard, is extended from July 14, 2016 to September 22, 2016;
2. Plaintiff shall file his Motion for Class Certification by July 28, 2016;
3. Defendant shall file its opposition to Plaintiff's Motion for Class Certification by August 25, 2016;
4. Plaintiff shall file his reply in support of his Motion for Class Certification by September 8, 2016;
5. The Hearing on Plaintiff's Motion for Class Certification shall be set to September 22, 2016 at 1:30 p.m.

Dated: __June 1__, 2016

By: *[signature]*
 Hon. Richard Seeborg
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND MOVING HEARING DATE

-1-