UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILL DAVIS,

              Plaintiff,

     v.

NATIONSTAR MORTGAGE, LLC,

              Defendant.

Case No.  15-cv-02920-RS

**STANDBY ORDER OF DISMISSAL**

       The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **July 13, 2017**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 20, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

       **IT IS SO ORDERED.**

Dated:  April 27, 2017

_____
Richard Seeborg
United States District Judge