JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
MARY KATE KAMKA (State Bar No. 282911)
mkk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| WILL DAVIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | Case No. 3:15-cv-02920-RS<br><br>**[PROPOSED]** ORDER OF DISMISSAL |

Pursuant to the stipulation of plaintiff Will Davis and defendant Nationstar Mortgage LLC and good cause appearing, it is hereby ordered pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action shall be dismissed in its entirety and with prejudice with respect to the claims alleged by Davis individually against Nationstar, and without prejudice as to any claims alleged by the putative, uncertified class against Nationstar. It is further ordered that each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: May 12, 2017

_____
Hon. Richard Seeborg
United States District Court Judge